United States Bankruptcy Court

District of Massachusetts

In re:                                                  Case No. 21-40363-cjp

Sheila Martins Souza                               Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4                            User: admin                                     Page 1 of 1

Date Rcvd: May 06, 2021                    Form ID: repeat                               Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sheila Martins Souza, 50 Williams Street, Apartment #1, Marlborough, MA 01752-6052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021                               Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Janice Marsh | JGMarsh@janicegmarshllc.com  MA44@ecfcbis.com |
| John T Kozma | on behalf of Debtor Sheila Martins Souza john.kozma@gmail.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Sheila Martins Souza , <br> Debtor | Chapter: 7 <br> Case No: 21−40363 <br> Judge Christopher J. Panos |

## NOTICE OF REPEAT FILER

**NOTICE IS HEREBY GIVEN THAT** it appears from the records of the Court you filed a bankruptcy case within the last twelve (12) months. Please note that 11 U.S.C. section 362(c)(3) and/or (4) as well as Local Rule 4001−1(d)(2) may be applicable. Information regarding the "Effect of Repeat Filing on the Automatic Stay" may be found on the Court's website  www.mab.uscourts.gov under *Debtor Information.*

**If any prior case was open within the last twelve (12) months,** your rights may be affected and without prompt action, you may lose your rights. You may wish to discuss this notice with your attorney or, if you do not have an attorney and wish to obtain legal advice, resources for contacting the local bar associations may be found on the Court's website at  www.mab.uscourts.gov/mab/obtaining−legal−advice−bankruptcy−case or by contacting the Clerk's office at any of the offices listed below.

| **Boston Office:** <br> United States Bankruptcy Court <br> John. W. McCormack <br> Post Office and Court House <br> 5 Post Office Square <br> Suite 1150 <br> Boston, MA 02109−3945 <br> (617) 748−5300 | **Worcester Office:** <br> United States Bankruptcy Court <br> Donohue Federal Building <br> 595 Main Street <br> Worcester, MA 01608−2076 <br> (508) 770−8900 | **Springfield Office:** <br> United States Bankruptcy Court <br> United States Courthouse <br> 300 State Street, Suite 220 <br> Springfield, MA 01105−2925 <br> (413) 785−6900 |

Please Note: Clerk's office employees are permitted to answer questions of a procedural nature only and are prohibited from providing legal advice.

Date:5/6/21

By the Court,

Mary P. Sharon
Clerk, U.S. Bankruptcy Court