UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Sheila Martins Souza, Debtor              Chapter 7, Case No. 21-40363-CJP

MOTION TO EXTEND TIME TO OBJECT TO [21]
MOTION FOR RELIEF FROM STAY FROM AUTOMATIC STAY

Janice G. Marsh, the trustee, requests the court enter an order

1. Extending for cause, specifically, so that she can perform her statutory duties, **through August 17, 2021,** the time for her to object to the [21] motion for relief from the automatic stay filed by LoanCare, LLC for Lakeview Loan Servicing, LLC, on July 12, 2021, because the trustee
    a. On July 13, 2021, 11:33 pm, sent an email to the debtor's attorney to request copies of (a) the deed to the real property, located in Winter Garden, Florida, the subject of the [21] motion; (b) all outstanding mortgages against the property; and (c) a current broker's price opinion or comparative market analysis of the property, to which the trustee has not received a response; and
    b. On July 25, 2021, 11:53 pm, sent an email to the debtor's attorney to follow up; and

2. Granting all other relief to which she is entitled.

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA  01609
Telephone 978-621-4296
jgmarsh@janicegmarshllc.com
BBO No. 638575

CERTIFICATE OF SERVICE

**Mailing Information for Case**

**Electronic Mail Notice List**
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **John T Kozma**    john.kozma@gmail.com
- **Janice Marsh**    JGMarsh@janicegmarshllc.com, MA44@ecfcbis.com
- **Lawson Williams**    lawson.williams@brockandscott.com, WBECF@brockandscott.com

/s/ Janice G. Marsh
Janice G. Marsh